# United States District Court
# Northern District of New York

# JUDGMENT

**GABRIELLA FEKETE and CSABA V. FEKETE**

**Plaintiff**

VS.                                          3:07-CV-527 (TJM) (DEP)

**COUNTY OF CHENANGO; VILLAGE OF BAINBRIDGE; and TOWN OF BAINBRIDGE**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is hereby dismissed pursuant to plaintiffs' failure to comply with the Court's Orders dated May 29, 2007 and June 25, 2007.

All of the above pursuant to the Order of the Honorable District Judge Thomas J. McAvoy dated the 29th day of May and the Order of the Honorable Magistrate Judge David E. Peebles dated the 25th day of June, 2007.


**AUGUST 1, 2007**                                    **LAWRENCE K. BAERMAN**

**DATE**                                              **CLERK OF COURT**

                                                      s/

                                                      **JOANNE BLESKOSKI**
                                                      **DEPUTY CLERK**